IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  14-CR-30116-NJR-02 |
| | ) | |
| ANGELA D. JONES, | ) | |
| | ) | |

**ORDER**

On motion of the United States of America, the Court, after having reviewed the facts and matters surrounding the motion of the United States to revoke bond, finds that Defendant was, at the time of this incident, on release under federal law; she was released on bond, with conditions, and that the United States has alleged that she has violated the conditions of release imposed by this Court.

Therefore, the Court hereby **ORDERS** that a warrant for Defendant's arrest shall be issued, and following that arrest, Defendant shall be detained and this matter shall be brought before a United States Magistrate Judge of this Court as soon as practicable for a hearing on government's motion pursuant to 18 U.S.C. § 3148.

Dated this 3rd day of November, 2014.

 _s//Stephen C. Williams_____
STEPHEN C. WILLIAMS, Judge
United States Magistrate Court